# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **KINSALE INSURANCE COMPANY,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **CIVIL CASE NO.:** |
| | ) | **1:25-CV-3876** |
| **CAMELOT CLUB CONDOMINIUM** | ) | |
| **ASSOCIATION, INC.,** | ) | |
| **MYCHELE KINER, as the Anticipated** | ) | |
| **Administrator of the ESTATE OF KENNETH** | ) | |
| **PAYTON, K'NIYAH ST. LOUIS, as Parent** | ) | |
| **And Legal Guardian of KAEVYON PAYTON,** | ) | |
| **LASHON RILEY, as Parent and Legal** | ) | |
| **Guardian of JESSIE RILEY, and TIAUNA** | ) | |
| **WILKERSON, as Parent and Legal Guardian** | ) | |
| **of KYLEN AMIR-DEVIN WILKERSON** | ) | |
| | ) | |
| *Defendants.* | ) | |

## JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE

Plaintiff Kinsale Insurance Company ("Kinsale") and Defendants Mychele Kiner as the anticipated administrator of the Estate of Kenneth Payton ("Kiner"), K'Niyah St. Louis as the parent and legal guardian of Kaevyon Payton ("St. Louis"), Lashon Riley as the parent and legal guardian of Jessie Riley ("Riley"), and Tiauna Wilkerson as parent and legal guardian of Kylen Amir-Devin Wilkerson ("Wilkerson") (collectively, "Certain Defendants"), hereby stipulate to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties will bear their own costs, attorneys' fees, and all other expenses incurred

in connection with this action.

Respectfully submitted this __7th__ day of January, 2026.

*Prepared by:*

**FIELDS HOWELL LLP**
665 8th NW
Atlanta, Georgia 30318
404.214.1250 (Telephone)
404.214.1251 (Facsimile)
pfields@fieldshowell.com
skahn@fieldshowell.com
rmarcuccilli@fieldshowell.com

*/s/ Stephen A. Kahn*
Paul Fields, Jr.
Georgia Bar No.: 003420
Stephen A. Kahn
Georgia Bar No.: 808929
Ralph Marcuccilli
Georgia Bar No.: 882336

*Counsel for Plaintiff Kinsale Insurance Company*

*Agreed to by:*

**RICE MCGOWAN & BRANDT**

*/s/ Lauren Kamensky*
(signed with express permission)
Lauren Kamensky
Georgia State Bar No. 937929
Attorney for Defendants Mychele Kiner, K'niyah St. Louis, Lashon Riley, and Tiuana Wilkerson

3715 Northside Parkway
Building 200, Suite 850
Atlanta, GA 30327
Telephone:  (404) 255-4448

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **KINSALE INSURANCE COMPANY,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **CIVIL CASE NO.:** |
| | ) | **1:25-CV-3876** |
| **CAMELOT CLUB CONDOMINIUM** | ) | |
| **ASSOCIATION, INC.,** | ) | |
| **MYCHELE KINER, as the Anticipated** | ) | |
| **Administrator of the ESTATE OF KENNETH** | ) | |
| **PAYTON, K'NIYAH ST. LOUIS, as Parent** | ) | |
| **And Legal Guardian of KAEVYON PAYTON,** | ) | |
| **LASHON RILEY, as Parent and Legal** | ) | |
| **Guardian of JESSIE RILEY, and TIAUNA** | ) | |
| **WILKERSON, as Parent and Legal Guardian** | ) | |
| **of KYLEN AMIR-DEVIN WILKERSON** | ) | |
| | ) | |
| *Defendants.* | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the

foregoing **JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE.** via

the Pacer e-filing system, which will automatically send notification of such filing

to all counsel of record who are Pacer e-file participants, and via electronic

transmission or by placing a copy in the United States mail as follows:

Lauren Kamensky
RICE MCGOWAN & BRANDT
3715 Northside Parkway
Building 200, Suite 850
Atlanta, GA 30327

Camelot Club Condominium
Association, Inc.
500 Sugar Mill Rd., Suite 160B
Atlanta, Georgia 30350

This   7th   day of January, 2026.

**FIELDS HOWELL LLP**
665 8th NW
Atlanta, Georgia 30318
404.214.1250 (Telephone)
404.214.1251 (Facsimile)
pfields@fieldshowell.com
skahn@fieldshowell.com
rmarcuccilli@fieldshowell.com

*/s/ Stephen A. Kahn*
Paul Fields, Jr.
Georgia Bar No.: 003420
Stephen A. Kahn
Georgia Bar No.: 808929
Ralph Marcuccilli
Georgia Bar No.: 882336

*Counsel for Plaintiff Kinsale Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **KINSALE INSURANCE COMPANY,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| **v.** ) | **CIVIL CASE NO.:** |
| ) | **1:25-CV-3876** |
| **CAMELOT CLUB CONDOMINIUM** ) | |
| **ASSOCIATION, INC.,** ) | |
| **MYCHELE KINER, as the Anticipated** ) | |
| **Administrator of the ESTATE OF KENNETH** ) | |
| **PAYTON, K'NIYAH ST. LOUIS, as Parent** ) | |
| **And Legal Guardian of KAEVYON PAYTON,** ) | |
| **LASHON RILEY, as Parent and Legal** ) | |
| **Guardian of JESSIE RILEY, and TIAUNA** ) | |
| **WILKERSON, as Parent and Legal Guardian** ) | |
| **of KYLEN AMIR-DEVIN WILKERSON** ) | |
| ) | |
| *Defendants.* ) | |

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing pleading was prepared using Times New Roman, 14-point, is double-spaced, and otherwise conforms to the requirements of the United States District Court for the Northern District of Georgia.

This  7th  day of January, 2026.

**FIELDS HOWELL LLP**
665 Eighth Street NW
Atlanta, Georgia  30318
404.214.1250 (Telephone)
404.214.1251 (Facsimile)
pfields@fieldshowell.com
skahn@fieldshowell.com
rmarcuccilli@fieldshowell.com

/s/ Stephen A. Kahn
Paul L. Fields, Jr.
Georgia Bar No.:  003420
Stephen A. Kahn
Georgia Bar No.:  808929
Ralph Marcuccilli
Georgia Bar No.: 882336
*Counsel for Plaintiff Kinsale Insurance
Company*